IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


F. GEOFFREY TOONDER                    :          CIVIL ACTION
                                       :
        v.                             :
                                       :
THE EQUITABLE LIFE ASSURANCE           :          NO. 02-3537
SOCIETY OF THE UNITED STATES, et al.   :

**O R D E R**

AND NOW, this 20th day of September, 2002, IT IS ORDERED that the settlement conference in the above-captioned matter previously scheduled for Wednesday, October 16, 2002 at 10:00 a.m., IS HEREBY RESCHEDULED to be held before the undersigned on **FRIDAY, NOVEMBER 1, 2002,  at 9:30 a.m.**, in Room 3041, United States Courthouse, 601 Market St., Philadelphia, PA 19106.

**ALL OTHER PROVISIONS OF THIS COURT'S ORIGINAL SCHEDULING ORDER DATED SEPTEMBER 18, 2002 REMAIN IN EFFECT AND COUNSEL ARE ORDERED TO COMPLY THEREWITH**.


_____
DEBORAH FETTERS
DEPUTY CLERK TO HON. JACOB P. HART


Copies faxed to:                              Copies mailed to:
    Donald Russo, Esq.; Platte B. Moring, Esq.