IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| F. GEOFFREY TOONDER | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  02-CV-3537 |
| | : | |
| THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, <u>et al.</u> | : | |

## ORDER

**AND NOW,** this            day of November, 2002, counsel for Plaintiff having reported that the issues in the above-captioned action have been settled, and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective July 1, 1995), **IT IS ORDERED** that the above-captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel and without costs.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN,  J.**